*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-528**

IN RE WILLIAM ELVIN HOPKINS, JR.

**2021 DDN 146**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1004177**

BEFORE: Easterly and McLeese, Associate Judges, and Washington, Senior Judge.

## O R D E R
(FILED—June 9, 2022)

On consideration of the certified copy of the order from the state of South Carolina suspending respondent from the practice of law in that state for three years by consent; this court's April 7, 2022, order that continued respondent's suspension from the practice of law in this jurisdiction and directed him to show cause why reciprocal discipline should not be imposed, no response having been filed; respondent's D.C. Bar R. XI, §14(g) affidavit filed on August 17, 2021; and the statement of Disciplinary Counsel wherein he requests that this court impose the functional equivalent reciprocal discipline in the form of a three-year suspension with a fitness requirement, it is

ORDERED that William Elvin Hopkins, Jr. is hereby suspended from the practice of law in the District of Columbia for three years with reinstatement conditioned on a showing of fitness, nunc pro tunc to August 17, 2021. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established).

**PER CURIAM**